# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
### CENTRAL DIVISION

BEEBE SCHOOL DISTRICT             PLAINTIFF/
                                             COUNTER-DEFENDANT

v.                  No. 4:21-cv-38-DPM

DOES, J.H. and R.H., Individually and       DEFENDANTS/
as Parents and Next Friend of G.H.          COUNTER-CLAIMANTS

## JUDGMENT

The hearing officer's decision in favor of the Does is reversed. The Court enters judgment in favor of the Beebe School District against the Does on the District's IDEA claim and on the Does' § 504 and IDEA counterclaims. The Court dismisses the Does' counterclaims with prejudice.

_____
D.P. Marshall Jr.
United States District Judge

30 March 2022